# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                Plaintiff,

SHAMEKA DAVENPORT,
                Defendant,

Case Number: 06-13040

Honorable: Robert H. Cleland

Claim Number: C99-16493

## ORDER FOR ENTRY OF CONSENT JUDGMENT

Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against SHAMEKA DAVENPORT, in the principal amount of $1,078.88 plus prejudgment interest from the date of default of date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, for a total balance owing as of November 20, 2006 $1,540.96.

IT IS FURTHER ORDERED that the Defendant, SHAMEKA DAVENPORT, may satisfy said Judgment by making monthly payments of $65.00 beginning September 11, 2006.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

        S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: November 21, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 21, 2006, by electronic and/or ordinary mail.

        S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522